CGFI3 (8/1/11)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13−26259−AJC

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Leonardo A. Cavero
14933 SW 179 Street
Miami, FL 33187

SSN: xxx−xx−9811

## NOTICE OF FILING OF CHAPTER 13 CASE AND
## NOTICE TO DEBTOR OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES

**TO ALL PARTIES OF RECORD:**

**NOTICE OF FILING OF CHAPTER 13 CASE:** The above−named debtor filed a chapter 13 bankruptcy case on **July 10, 2013.** This notice is being provided to advise all parties of record of the filing of this case. Upon the filing of a plan by the debtor, a **Notice of Chapter 13 Case, Meeting of Creditors and Deadlines** will be issued by the clerk's office notifying creditors of the dates set for the meeting of creditors and confirmation hearing and establishing a deadline for filing a proof of claim. If you received this notice you may be a creditor in this case. The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property and certain co−debtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**TO THE DEBTOR, Leonardo A. Cavero :**

**NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES: NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **July 10, 2013**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

    **Chapter 13 Plan** (Local Form LF−31) was not filed with the petition.
    **Deadline to correct deficiency: 7/24/13**

    **Schedules of assets and liabilities.** The following schedules were not filed.
    **Deadline to correct deficiency: 7/24/13**

        Official Bankruptcy Form B6 Summary of Schedules and/or Part two Statistical Summary

        Official Bankruptcy Form B6A Real Property

        Official Bankruptcy Form B6B Personal Property

        Official Bankruptcy Form B6C Property Claimed As Exempt

        Official Bankruptcy Form B6D Creditors Holding Secured Claims

        Official Bankruptcy Form B6E Creditors Holding Unsecured Priority Claims

        Official Bankruptcy Form B6F Creditors Holding Unsecured Nonpriority Claims

        Official Bankruptcy Form B6G Executory Contracts and Unexpired Leases

        Official Bankruptcy Form B6H Codebtors Form

        Official Bankruptcy Form B6I Current Income of Individual Debtor(s)

        Official Bankruptcy Form B6J Current Expenditures of Individual Debtor(s)

**Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form B6 Declaration) was not filed or was not signed.
**Deadline to correct deficiency: 7/24/13**

- ☑ Declaration not filed
- ☐ Declaration not signed
- ☐ Declaration must be filed with deficient schedules listed above

**Statement of Financial Affairs** (Official Bankruptcy Form B7) not filed or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 7/24/13**

- ☑ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Statement of Current Monthly Income and Disposable Income Calculation** (Official Bankruptcy Form 22C) not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 7/24/13**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(F). Payment advices are deficient as indicated: **NOT FILED**
**Deadline to correct deficiency: 7/24/13**

**Exhibit D "Individual Debtor's Statement of Compliance with Credit Counseling Requirement".** See Bankruptcy Rule 1007–1(b)(3) and Local Rule 1007–1(E). A copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency must be filed. The DEBTOR'S Exhibit D is deficient as indicated below:
**Deadline to correct deficiency: 7/24/13**

- ☐ Exhibit D and certificate not filed
- ☐ Exhibit D not signed
- ☑ Exhibit D filed, but certificate not filed
- ☐ Exhibit D filed, but no option selected on form

**IMPORTANT:** *The deadline to file the certificate of credit counseling cannot be extended unless there are exigent circumstances which prevented you from obtaining the credit counseling briefing [See 11 U.S.C. 109(h)(3)].*

**Please also be advised** of the following local requirements when correcting any deficiency related to filing of petitions, schedules, statements or lists:

1. The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements; and

2. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" (LF–11) must accompany any electronically filed schedule or statement filed without an imaged signature.

**Dated: 7/10/13**                                                **Clerk of Court**
                                                                  By: Yamileth Valencia , Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.